___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

JUN 2 6 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM OLIVER SMITH,<br>aka, Heath Robert Grabe,<br><br>Defendant. | 2:13-CR- 253<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>WILLIAM OLIVER SMITH,<br>aka, Heath Robert Grabe |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **WILLIAM OLIVER SMITH, aka, Heath Robert Grabe,** #0752183, before the United States Magistrate Judge at Las Vegas, Nevada, on or about _____ I/A & A/P Wed: 7/10/13  3:00 PM PAL 3B _____, 2013, at the hour of 3:00 P.M., for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED: June 26, 2013**

_____
UNITED STATES MAGISTRATE JUDGE



DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr- 253 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR WILLIAM OLIVER SMITH, aka Heath Robert Grabe |
| WILLIAM OLIVER SMITH, aka Heath Robert Grabe, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **WILLIAM OLIVER SMITH, aka, Heath Robert Grabe**, #0752183, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **WILLIAM OLIVER SMITH, aka, Heath Robert Grabe** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **WILLIAM OLIVER SMITH, aka, Heath Robert Grabe** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on _____ I/A & A/P Wed: 7/10/13 3:00 PM PAL 3B _, 2013, at the hour of _____, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **WILLIAM OLIVER SMITH, aka, Heath Robert Grabe** before the United States Magistrate Judge on or about ___ I/A & A/P Wed: **7/10/13** 3:00 PM PAL 3B ___, 2013, at the hour of _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **WILLIAM OLIVER SMITH, aka, Heath Robert Grabe** before the United States District Court on or about _____ I/A & A/P Wed: **7/10/13** 3:00 PM PAL 3B ___, 2013, at the hour of_____, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED** this __26th__ day of June, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ PHILLIP N. SMITH, JR.
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2